E-FILED
Wednesday, 02 May, 2007 11:21:38 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS            MAY 2 2007

**SEALED**

FILED

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **CRIMINAL COMPLAINT** |
| KENDRICK EUGENE LEE, and SHONDA RENA CARTER | CASE NUMBER: 07-6410 |

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT ONE
### (CONSPIRACY TO DISTRIBUTE CRACK COCAINE)

From at least December 15, 2006, through at least May 2, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**KENDRICK EUGENE LEE, and,
SHONDA RENA CARTER,**

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, "crack," a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT TWO
### (DISTRIBUTION OF CRACK COCAINE)

On or about April 27, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**KENDRICK EUGENE LEE, and,
SHONDA RENA CARTER,**

did knowingly and intentionally distribute five grams or more of a mixture and substance containing cocaine base, that is, "crack," a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

I further state that I am a Special Federal Officer, Federal Bureau of Investigation's Quad Cities Federal Gang Task Force, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

S/Ben Meirsonne
_____
Signature of Complainant
Ben Meirsonne, Special Federal Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

___May 2, 2007___    at    ___Rock Island, Illinois___
Date                          City and State

Thomas J. Shields
United States Magistrate Judge            S/Thomas J. Shields
Name & Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

Ben Meirsonne, Special Federal Officer, Federal Bureau of Investigation, being first duly sworn, hereby deposes and states:

1. I am an Officer with the Rock Island Police Department and have been so employed for over six years. I am currently assigned as a Special Federal Officer (SFO) with the Federal Bureau of Investigation's Quad Cities Federal Gang Task Force (QCFGTF). Among my duties are the investigation of drug crimes committed by individuals affiliated with street gangs in the Quad Cities and surrounding areas. I have received training at the local, state, and federal level on the investigation of street gangs and the use and distribution of controlled substances, to include cocaine base (crack), and am familiar with the various methods and practices for the use and distribution of controlled substances.

2. My fellow QCFGTF agents and I are involved in the investigation of violent street gang activity and the distribution of illegal narcotics in the Quad Cities area. I have concluded based on the facts set forth below, that Kendrick Eugene Lee and Shonda Rena Carter have been involved in the distribution of crack cocaine in Rock Island, Illinois, and have conspired with each other and with others to do so. Based upon the investigation conducted by my fellow QCFGTF agents and I, and other state and local police officers, I am aware of the facts set below:

3. On or about September 12, 2006, QCFGTF members received information from a confidential source, hereinafter referred to as "CS1," that Kendrick Lee was selling crack cocaine in the Quad Cities area. Some of the information provided by CS1 has been verified and proven to be reliable. CS1 has provided information to local police departments that has led to search warrants. At the request of QCFGTF members, CS1 made three separate controlled purchases

of crack cocaine from Kendrick Lee and Shonda Carter on April 27, 2007, December 21, 2006, and December 15, 2006.

4. On April 27, 2007, at the direction of QCFGTF members, CS1 was equipped with a concealed recording device, and was provided with $400 of prerecorded United States Currency. CS1 made a recorded telephone call to Kendrick Lee's telephone number and spoke with Shonda Carter. Carter warned CS1 not to call from a pay phone and gave the telephone to Kendrick Lee. CS1 arranged to meet him at a location near 5th Avenue and 24th Street in Rock Island, Illinois. QCFGTF members observed Kendrick Lee and Shonda Carter leave their residence located at 526 E. 6th Street, Davenport, Iowa, and arrive at the location near 5th Avenue and 24th Street in Rock Island, Illinois. While at that location, CS1 entered the vehicle and Kendrick Lee sold approximately 13.2 grams of crack cocaine to CS1 in exchange for $400.

5. On December 21, 2006, at the direction of QCFGTF members, CS1 was equipped with a concealed recording device, and was provided with $400 of prerecorded United States Currency. CS1 made a recorded telephone call to Kendrick Lee's telephone number and spoke with Shonda Carter. Carter advised CS1 she would have Kendrick call CS1. Kendrick called CS1 and arranged to meet CS1 in the North Park Mall parking lot, Davenport, Iowa. QCFGTF members observed Kendrick Lee and Shonda Carter arrive at the North Park Mall parking lot. While at that location, CS1 entered the vehicle and purchased approximately 28.3 grams of crack cocaine for $950.

6. On December 15, 2006, at the direction of QCFGTF members, CS1 was equipped with a concealed recording device, and was provided with $400 of prerecorded United States Currency. CS1 made a recorded telephone call to Kendrick Lee's telephone number and spoke with Shonda Carter. Carter asked CS1 "what ya might be needing?" CS1 advised Carter he was

looking for "a half." Carter responded "okay." Kendrick called CS1 and arranged to meet him in the North Park Mall parking lot, Davenport, Iowa. QCFGTF members observed Kendrick Lee and Shonda Carter arrive at the North Park Mall parking lot. While at that location, CS1 entered the vehicle and purchased approximately 14.7 grams of crack cocaine for $400.

                                S/Ben Meirsonne
                                Ben Meirsonne
                                Special Federal Officer
                                Federal Bureau of Investigation

Subscribed and sworn to before me on this 2nd day of May, 2007.

S/Thomas J. Shields
Thomas J. Shields
United States Magistrate