E-FILED
Wednesday, 09 May, 2007  04:11:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENDRICK EUGENE LEE,<br><br>Defendant. | Criminal No. 07-6410 |

### DEFENDANT LEE'S WAIVER OF PRELIMINARY HEARING

NOW COMES Defendant Kendrick Eugene Lee and states:

1. I understand I have a right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1.

2. I understand the only issues in a preliminary hearing are whether a crime was committed, whether the crime occurred within this Court's territorial jurisdiction, and whether there is probable cause to believe the accused committed the crime.

3. I understand that probable cause is not a determination of guilt or innocence beyond a reasonable doubt, but only whether there are reasonable grounds to charge the accused with the offense.

4. I understand I have the right to be represented by counsel at such a hearing.

5. I understand my attorney can cross-examine the Government's witnesses and offer defense evidence pursuant to Federal Rule of Criminal Procedure 5.1(e).

6. I understand Rule 5.1(e) prohibits my attorney from asserting search and seizure issues at this particular hearing.

- 2 -

7.  I understand Federal Rule of Criminal Procedure 5.1(a) allows me to waive the preliminary hearing.

8.  I have thoroughly discussed with my attorney all my rights concerning a preliminary hearing, and he has answered all my questions about this matter.

9.  I have decided to waive a preliminary hearing in this case.

10. Waiving a preliminary hearing is my own voluntary decision. No one has made any promises, or has threatened or pressured me, to get me to waive the hearing.

WHEREFORE, Defendant Lee hereby waives his right to a preliminary hearing in this case.

_____          5/9/07
KENDRICK EUGENE LEE, Defendant            Date

_____
James Bryson Clements
1503 Brady Street
Davenport, Iowa 52803-4622
TEL 563-323-9715
FAX 563-323-7452
EMAIL jbclements@iabar.org