

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40046 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| KENDRICK EUGENE LEE, and ) | Section 2, Title 21, United States |
| SHONDA RENA CARTER, ) | Code, Sections 841 and 846 |
| ) | |
| Defendants. ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT ONE
#### (CONSPIRACY TO DISTRIBUTE CRACK COCAINE)

From at least December 15, 2006, through at least May 2, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**KENDRICK EUGENE LEE, and
SHONDA RENA CARTER,**

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, "crack," a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT TWO
## (DISTRIBUTION OF CRACK COCAINE)

On or about April 27, 2007, at Rock Island, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**KENDRICK EUGENE LEE, and
SHONDA RENA CARTER,**

did knowingly and intentionally distribute five grams or more of a mixture and substance containing cocaine base, that is, "crack," a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

**A TRUE BILL**

S/Foreperson

FOREPERSON

S/Jeffrey Lang
RODGER A. HEATON
UNITED STATES ATTORNEY
SLD