E-FILED
Thursday, 24 May, 2007 10:42:54 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>)<br>) CASE NO. **07-40046**<br>) |
| **Kendrick Lee & Shonda Carter**<br>Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:30pm** on **Thursday, 6/13/07 in Rock Island** .

This matter is set for Jury Trial at 8:30 A.M. on **Monday, 7/23/07**

at

[  ] Peoria, Illinois

[X ] Rock Island, Illinois

before the Honorable Michael M. Mihm,  U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 23rd day of May, 2007

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE