UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENDRICK EUGENE LEE,<br><br>    Defendant. | Criminal No. 4:07-cr-40046 |

**DEFENDANT LEE'S UNOPPOSED MOTION
TO MODIFY BOND CONDITIONS**

NOW COMES Defendant Kendrick Eugene Lee and states:

1.   On 9 May 2007 the Court released Defendant Lee on bond.

2.   On of the bond conditions is that his sister Candy Jones act as third-party custodian.

3.   Another bond condition is that his travel is restricted to Scott County, Iowa, and Rock Island County, Illinois.

4.   The Defendant has fully complied with all bond conditions.

5.   On 3 September 2007 the Davenport Police arrested Ms. Jones's teenage son for possession of cocaine and a firearm.

6.   There is no evidence that the cocaine and firearm were ever at Ms. Jones's residence.

7.   The next morning Defendant Lee immediately informed counsel and the Probation Office.

8.   The Defendant, the Government, and the Probation Office agree it would be best to terminate Candy Lee's custodianship so that the Defendant could reside elsewhere.

9.   Defendant Lee has also requested permission to take his children on an outing to

Adventureland in Des Moines, Iowa.

10.   The Government and the Probation Office are not opposed to that request either.

WHEREFORE, Defendant Lee asks the Court to modify his bond conditions to terminate the custodianship and to allow him to travel to Des Moines.

For KENDRICK EUGENE LEE, Defendant<br>
s/James Bryson Clements<br>
1503 Brady Street<br>
Davenport, Iowa 52803-4622<br>
TEL 563-323-9715<br>
FAX 563-323-7452<br>
EMAIL jbclements@iabar.org

PROOF OF SERVICE

I certify that on 5 September 2007 I filed this document with the clerk of this Court through the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be through the CM/ECF system.

s/James Bryson Clements

cc:   USPO Kerry P. Walsh
      USPO Robert W. Donohoo
      Kendrick E. Lee
      file (LEEke8921.01)