UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENDRICK EUGENE LEE,<br><br>Defendant. | Criminal No. 4:07-cr-40046 |

**DEFENDANT LEE'S MOTION TO CONTINUE SENTENCING**

NOW COMES Defendant Kendrick Eugene Lee and states:

1. Sentencing is scheduled for 25 April 2008.

2. Last week new information became available that could affect the drug-weight calculations for both defendants.

3. This information might also affect other guideline issues, such as acceptance of responsibility.

4. The parties need additional time to verify this information and determine its impact on the defendants' guideline sentencing ranges.

WHEREFORE, Defendant Lee asks the Court to continue the sentencing hearing.

For KENDRICK EUGENE LEE, Defendant
s/James Bryson Clements
1503 Brady Street
Davenport, Iowa 52803-4622
TEL 563-323-9715
FAX 563-323-7452
EMAIL jbclements@iabar.org

PROOF OF SERVICE

    I certify that on 14 April 2008 I filed this document with the clerk of this Court through the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be through the CM/ECF system.

                                                s/James Bryson Clements

cc:    Kendrick E. Lee
        file (LEEke8921.01)