E-FILED
Wednesday, 16 July, 2008 03:47:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENDRICK EUGENE LEE,<br><br>    Defendant. | Criminal No. 4:07-cr-40046 |

**DEFENDANT KENDRICK LEE'S UNOPPOSED MOTION
TO ALLOW CONTACT WITH HIS MOTHER**

NOW COMES Defendant Kendrick Eugene Lee and states:

1. The Defendant would like to visit his mother, Jeffie Lee, at FCI Pekin before he self-reports to FPC Yankton on 4 August 2008.

2. Counselor Moran has indicated such a visit would be allowed by FCI Pekin.

3. Current bond conditions prohibit the Defendant from having contact with codefendants except for Shonda Carter.

4. The Government is not opposed to the Defendant having contact with his mother.

WHEREFORE, Defendant Lee asks the Court to modify his bond conditions to allow him to have contact with his mother.

For KENDRICK EUGENE LEE, Defendant
s/James Bryson Clements
1503 Brady Street
Davenport, Iowa 52803-4622
TEL 563-323-9715
FAX 563-323-7452
EMAIL jbclements@iabar.org

PROOF OF SERVICE

    I certify that on 16 July 2008 I filed this document with the clerk of this Court through the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be through the CM/ECF system.

                                              s/James Bryson Clements

cc:    Kendrick E. Lee
        file (LEEke8921.01)